| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| Southern District of Florida | |
| Case number (If known): _____ Chapter 15 | ☐ Check if this is an amended filing |

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Leonardo Rozenblum Trosman and Fabian Elias Rozenblum Gorel

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___
   ☐ Other _____. Describe identifier _____.

   **For individual debtors:**
   ☐ Social Security number:  xxx – xx– ____ ____ ____ ____
   ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____
   ☑ Other  See Exhibit 1 . Describe identifier _____.

3. **Name of foreign representative(s)**  AUPE - Asociacion Uruguaya de Peritos

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  ROZENBLUM LEONARDO Y OTRO – CONCURSO CIVIL I.U.E. 2-44087/2018

5. **Nature of the foreign proceeding**

   Check one:
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor  <u>Leonardo Rozenblum Trosman and Fabian Elias</u>     Case number *(if known)*_____
        Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

   (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   <u>Uruguay</u>

   **Debtor's registered office:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Individual debtor's habitual residence:**

   <u>See Exhibit 1</u>
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   <u>Avenida 18 de Julio 1268 Esc. 609</u>
   Number    Street

   _____
   P.O. Box

   <u>Montevideo</u>
   City    State/Province/Region    ZIP/Postal Code

   <u>Uruguay</u>
   Country

10. **Debtor's website** (URL)    _____

11. **Type of debtor**

    *Check one:*

    ☐ Non-individual (*check one*):

        ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

        ☐ Partnership

        ☐ Other. Specify: _____

    ☑ Individual

Debtor   Leonardo Rozenblum Trosman and Fabian Elias         Case number (if known)_____
         Name

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _[signature]_____          DANIEL GERMAN
Signature of foreign representative         Printed name

Executed on _____
            MM / DD / YYYY

X _____          _____
Signature of foreign representative         Printed name

Executed on _____
            MM / DD / YYYY

**14. Signature of attorney**

X _[signature]_____          Date  08/24/2021
Signature of Attorney for foreign representative    MM / DD / YYYY

Cristina Vicens Beard
Printed name
Sequor Law, P.A.
Firm name
1111 Brickell Avenue, Suite 1250
Number   Street
Miami                                       FL        33131
City                                        State     ZIP Code

(305) 372-8282                              cvicens@sequorlaw.com
Contact phone                               Email address

111357                                      FL
Bar number                                  State

Official Form 401     Chapter 15 Petition for Recognition of a Foreign Proceeding     page 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

LEONARDO ROZENBLUM TROSMAN                Chapter 15
and FABIAN ELIAS ROZENBLUM GOREL

   Debtors in a Foreign Proceeding.              Case No.:
_____/

**EXHIBIT 1 TO OFFICIAL FORM 401**
**CHAPTER 15 PETITION FOR RECOGNITION OF A FOREIGN PROCEEDING**

**Section 2. Debtor's unique identifier**

- Leonardo Rozenblum Trosman – 1.637.932-0 (Uruguay Identity Card Number)

- Fabian Elias Rozenblum Gorel – 835.299-4 (Uruguay Identity Card Number)

**Section 9. Addresses**

   **Individual debtors' habitual residence**

- Leonardo Rozenblum Trosman – Rambla República del Perú 1503, Montevideo, Uruguay

- Fabian Elias Rozenblum Gorel – Rambla Armenia 3801, Apt. 601, Montevideo, Uruguay