UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Leonardo Rozenblum Trosman and
Fabian Elias Rozenblum Gorel                     Chapter 15

      Debtors in a Foreign Proceeding.     Case No.: 21-18199-LMI
_____/

### *EX PARTE* MOTION FOR ENTRY OF ORDER APPROVING CONFIDENTIALITY AGREEMENT
*Relief requested without a hearing*

The Uruguayan Association of Experts ("AUPE"), represented by Daniel Germán and Gabriel Ferreira ("Foreign Representative"), the duly appointed liquidator of Leonardo Rozenblum Trosman and Fabian Elias Rozenblum Gorel (the "Debtors"), files this Motion for Entry of Order Approving Confidentiality Agreement (the "Motion") between the Foreign Representative and The Bank of New York Mellon and BNY Mellon, N.A., (the "Disclosing Party") and in support thereof states as follows:

1. On November 5, 2021, the Foreign Representative filed a subpoena for Rule 2004 Examination [DE 26] to the Disclosing Party (the "Subpoena"), which Subpoena was served on the Disclosing Party on November 8, 2021.

2. The Foreign Representative and the Disclosing Party have reached an agreement with regard to production of confidential information sought by the Foreign Representative and responsive to the Subpoena. The terms of the agreement are memorialized in the Confidentiality Agreement (the "Agreement") attached as **Exhibit "1"**.

3. The Agreement is designed to ensure the confidentiality of the documents to be produced by the Disclosing Party.

4. The Foreign Representative respectfully requests that the Court enter the Order Approving Confidentiality Agreement attached as **Exhibit "2"** to protect the confidentiality of the information the Disclosing Party seeks to produce.

**WHEREFORE**, the Foreign Representative respectfully requests the entry of the attached Order Approving Confidentiality Agreement with respect to discovery obtained from the Disclosing Party.

Dated: January 14, 2022　　　　　　　　　Respectfully submitted,

                                      **SEQUOR LAW, P.A.**
                                      1111 Brickell Avenue, Suite 1250
                                      Miami, Florida 33131
                                      Telephone: (305) 372-8282
                                      Facsimile: (305) 372-8202

                                  By: */s/ Carolina Z. Goncalves*
                                      Edward H. Davis, Jr., FBN 704539
                                      edavis@sequorlaw.com
                                      Carolina Z. Goncalves, FBN 124570
                                      cgoncalves@sequorlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on January 14, 2022.

                                      By:　　/s/ *Carolina Z. Goncalves*
                                             Carolina Z. Goncalves

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Edward H. Davis,Jr., Esq. edavis@sequorlaw.com; msanchez@sequorlaw.com
- Carolina Z. Goncalves, Esq. cgoncalves@sequorlaw.com; msanchez@sequorlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

- (No manual recipients)