# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

Leonardo Rozenblum Trosman and
Fabian Elias Rozenblum Gorel                    Chapter 15

Debtors in a Foreign Proceeding.                Case No.: 21-18199-LMI
_____/

## *EX PARTE* ORDER APPROVING CONFIDENTIALITY AGREEMENT

This matter came before the Court without a hearing on the Foreign Representatives' *Ex Parte* Motion for Entry of Order Approving Confidentiality Agreement (the "Motion," DE ___), which submitted for the Court's approval the terms of a Confidentiality Agreement.

The Court finds that the Confidentiality Agreement attached to the Motion as Exhibit "1" (the "Confidentiality Agreement") is an appropriate means to expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, and adequately protect material entitled to be kept confidential.  Accordingly, it is –

ORDERED as follows:

1. The Confidentiality Agreement is approved.

2. The Court retains jurisdiction over disputes arising in, under, related to, in connection with the Confidentiality Agreement.

###

Submitted by:
Carolina Z. Goncalves, Esq.
SEQUOR LAW, P.A.
1111 Brickell Ave., Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: cgoncalves@sequorlaw.com

Carolina Z. Goncalves, Esq. is directed to serve a copy of this Order on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002 – 1(F) and 9073 – 1(B).